## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                    v.            :          Criminal Action No.: 07-00230 (RMU)
                                  :
ROBERT FROMM,                     :
                                  :          **FILED**
                    Defendant.    :
                                             SEP 1 3 2007

**O R D E R**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 13th day of September 2007,

**ORDERED** that the plea hearing in the above-captioned case scheduled for October 1,

2007 is hereby **VACATED** and **RESCHEDULED** for October 9, 2007 at 1:00 p.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge