CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA     :
                             :
          v.                 : Criminal Number 1:07-cr-00230-RMU
                             :
ROBERT FROMM,                :
                             :
    Defendant                :
                             :
                             :

TO: Nancy Mayer-Whittington, Clerk

You are hereby notified that I appear for the Defendant indicated above in the entitled action.

Undersigned counsel is familiar with the Federal Sentencing Guidelines.

I am appearing in this action as retained counsel.

                                                Respectfully submitted,

                                                Law Offices of John P. Connolly

By: _____
      John P. Connolly, D.C. Bar #313445
      211 North Union Street, Suite 100
      Alexandria, Virginia 22314
      (703) 684-4865
      JPCLaw2@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing, was electronically transmitted this 14th day of September, 2007 to Howard R. Sklamberg, Assistant United States Attorney, Fraud & Public Corruption Section, 555 Fourth Street, N.W., Room 5836, Washington, D.C. 20001.

*John P. Connolly*