UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Number 1:07-cr-00230-RMU
:
ROBERT FROMM, :
:
Defendant :

MOTION FOR ADMISSION OF *PRO HAC VICE* COUNSEL

COMES NOW Defendant, ROBERT FROMM, by Counsel and hereby moves this Honorable Court for entry of an Order granting his co-Counsel admission to this Court on a *Pro hac vice* basis for all matters herein. In support of this Motion attached please find a Declaration executed by co-Counsel.

Statement of Points and Authorities

This Motion is submitted pursuant to Local Criminal Rule #44.1(d) of the Local Rules of this Court.

Respectfully submitted,

ROBERT FROMM
By Counsel

LAW OFFICES OF JOHN P. CONNOLLY

By _____
John P. Connolly, D.C. Bar #313445
211 North Union Street, Suite 100
Alexandria, Virginia 22314
(703) 684-4865
JPCLaw2@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing, together with its attachments, was electronically transmitted this 18th day of September, 2007 to Howard R. Sklamberg, Assistant United States Attorney, Fraud & Public Corruption Section, 555 Fourth Street, N.W., Room 5836, Washington, D.C. 20001.

John P. Connolly

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Number 1:07-cr-00230-RMU |
| | : |
| ROBERT FROMM, | : |
| | : |
| Defendant | : |
| | : |

### DECLARATION OF *PRO HAC VICE* COUNSEL

COMES NOW Defendant's co-Counsel, and in support of the Motion for Admission of *Pro Hac Vice* Counsel, declares as follows:

1) Counsel's full name is David Alan Hirsch

2) The address for Counsel is Culin, Sharp, Autry & Day, P.L.C., 4124 Leonard Drive, Fairfax, Virginia 22030. The telephone number is (703)934-2940.

3) The list of bars to which Counsel has been admitted is as follows: The Virginia State Bar, United States Supreme Court, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Court for the Eastern District of Virginia, United States Bankruptcy Court for the Eastern District of Virginia.

4) Counsel has not been disciplined by any Bar.

5) Counsel has not been admitted *pro hac vice* in this Court within the last two (2) years.

6) Counsel does not engage in the practice of law from an office located in the District of Columbia. Counsel is not a member of the District of Columbia Bar. Counsel does not have an application for membership pending with the District of Columbia Bar.

7) Pursuant to Local Criminal Rule #44.5(b) of the Local Rules of the Rules of this Court, Counsel certifies that he is familiar with the Federal Sentencing Guidelines.

Respectfully submitted,

*[signature]*                                                           09-10-07

David A. Hirsch, Virginia State Bar #23,947                              Dated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Number 1:07-cr-00230-RMU |
| ROBERT FROMM, | : |
| Defendant | : |

**ORDER FOR ADMISSION OF *PRO HAC VICE* COUNSEL**

THIS MATTER came on upon Defendant's Motion for Admission of *Pro hac vice* Counsel as his co-Counsel in the above-captioned matter. IT APPEARING TO THE COURT that the Motion is proper, it is hereby

ORDERED that David A. Hirsch, Esquire shall be and hereby is GRANTED PERMISSION to appear *Pro hac vice* as co-Counsel for Defendant in the above-captioned matter.

ENTERED THIS ____ DAY OF _____, 2007.

_____
RICARDO M. URBINA, JUDGE
UNITED STATES DISTRICT COURT