UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
    v.                       :
                             : Criminal Number 1:07-cr-00230-RMU
ROBERT FROMM,                :
                             :
    Defendant                :
                             :

**FILED**

**SEP 1 9 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER FOR ADMISSION OF *PRO HAC VICE* COUNSEL

THIS MATTER came on upon Defendant's Motion for Admission of *Pro hac vice* Counsel as his co-Counsel in the above-captioned matter. IT APPEARING TO THE COURT that the Motion is proper, it is hereby

ORDERED that David A. Hirsch, Esquire shall be and hereby is GRANTED PERMISSION to appear *Pro hac vice* as co-Counsel for Defendant in the above-captioned matter.

ENTERED THIS 19 DAY OF September, 2007.

_____
RICARDO M. URBINA, JUDGE
UNITED STATES DISTRICT COURT