NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number 1:07-cr-00230-RMU

Robert Fromm
(Defendant)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ■ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

David A. Hirsch, Va. State Bar #23947
(Attorney & Bar ID Number)

Culin, Sharp, Autry & Day, P.L.C.
(Firm Name)

4124 Leonard Drive
(Street Address)

Fairfax      Virginia      22030
(City)       (State)       (Zip)

(703) 934-2940, dhirsch@csadlawyers.com
(Telephone Number)