UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : Criminal Number: 07-230 |
|  | : |
|  | : VIOLATIONS: |
| v. | : |
|  | : |
|  | : Count One: |
| **ROBERT FROMM** | : 18 U.S.C. § 207(a)(1), 216(a)(1) |
| **Defendant** | : (Violating the Lifetime Post-Employment Ban) |

**FILED OCT 9 - 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant ROBERT FROMM and the United States agree and stipulate as follows:

#### Introduction

1. The Department of the Army's National Ground Intelligence Center (NGIC), located in Charlottesville, Virginia, was an intelligence analysis organization tasked with producing intelligence used by the armed forces of the United States. The Facilities Infrastructure and Engineering Systems (FIRES) program involved scanning and digitizing various documents, information technology and database processing, and sensitive survey work for the NGIC.

2. MZM, Inc. was a defense contractor that sold equipment and services to the United States Department of Defense (DoD). On or about September 27, 2002, MZM entered into a Blanket Purchase Agreement with DoD, which made MZM eligible to receive up to $225 million by performing work for DoD customers, including NGIC. The initial task order to MZM under the BPA was for work on the FIRES program. From 2002 through 2005, MZM received over $10 million for work on FIRES.

3. From in or about early 2000 through June 2004, ROBERT FROMM was a DoD

employee who was program manager of the FIRES program. As program manager, FROMM participated personally and substantially in the management of the FIRES program. FROMM's duties included: implementing FIRES contracts; submitting FIRES budget proposals; seeking funding sources for FIRES; building FIRES program partnerships with potential government consumers of its services; providing training and mentoring programs for FIRES project officers; leading FIRES team meetings; developing an operational plan for FIRES; frequently meeting and communicating with officials from MZM about the FIRES program; and evaluating MZM's performance on FIRES projects. FROMM also wrote a Statement of Work for MZM's FIRES contract.

4. In June 2004, FROMM retired from DoD. In July 2004, he began employment with MZM, as a senior vice-president. FROMM resigned from MZM in March 2005.

<u>FROMM's unlawful communications with DoD officials regarding FIRES matters</u>

5. While serving as an MZM employee and on behalf of MZM, FROMM knowingly, with the intent to influence, communicated with DoD employees regarding FIRES matters. On or about September 10, 2004, FROMM accompanied a DoD employee to a briefing of the U.S. Army, in Arlington, Virginia. FROMM developed the briefing for FIRES. At the briefing, FROMM explained FIRES's views on funding a program. Also, on or about August 4, 2004 and on other dates, FROMM provided a DoD employee with comments and suggestions regarding the operation of FIRES.

6. FROMM listed the August 4, 2004 and September 10, 2004 communications as accomplishments on monthly memoranda that FROMM wrote to MZM's management detailing his activities on MZM's behalf. FROMM claimed and received from MZM reimbursement for the incidental costs of approximately $400 associated with these communications. As a recipient

of funds from its work on FIRES, MZM had an interest in the operation of FIRES.

JEFFREY A. TAYLOR<br>
UNITED STATES ATTORNEY

*(signature)*

HOWARD R. SKLAMBERG
D.C. Bar Number 453852
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7296

### DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that, based upon my personal knowledge and information provided to me which I believe to be accurate, it is true and correct.

Date: 6 Sept 2007

*(signature)*
ROBERT FROMM
Defendant

I have read this statement of offense and reviewed and discussed it with my client. I concur with his decision to stipulate to this Statement of Offense.

Date: 09-06-07

DAVID A. HIRSCH, Esq. (LICENSED ONLY IN VA.)

Date: 9/6/07

JOHN P. CONNOLLY, Esq.
D.C. Bar #313445