## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **Criminal Number:** $07$-$230$ (RMU) **FILED** |
| | : |
| | : **VIOLATIONS:** |
| **v.** | : OCT 9 – 2007 |
| | : |
| | : NANCY MAYER WHITTINGTON, CLERK |
| | : **Count One:** U.S. DISTRICT COURT |
| **ROBERT FROMM** | : **18 U.S.C. §§ 207(a)(1), 216(a)(1)** |
| **Defendant** | : **(Violating the Lifetime Post-Employment Ban)** |

### ELEMENTS OF THE OFFENSE

The United States of America, by and through undersigned counsel, respectfully submits

the following elements of the offense for the charged count.

Violating the Lifetime Post-Employment Ban

1.    The defendant was an officer or employee of the executive branch of the United States.

2.    After termination of his service or employment with the United States, the defendant

knowingly made, with the intent to influence, a communication to or appearance before

any officer or employee of any department or agency of the United States.[1]

3.    The communication or appearance was in connection with a particular matter:  in which

the United States was a party or had a direct and substantial interest; the defendant

participated personally and substantially while the defendant was an officer and employee

of the United States; and which involved a specific party or specific parties at the time of

such participation.

The defendant concurs with this list of elements of the offense.

---

[1]Under the misdemeanor penalty provision, which is charged in the Information, there is no requirement that the defendant acted willfully. *See* 18 U.S.C. § 216(a)(1). The felony, with which the defendant is not charged, imposes a willfulness requirement. *See* 18 U.S.C. § 216(a)(2).

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar Number 498610
United States Attorney


HOWARD R. SKLAMBERG
D.C. Bar Number 453852
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, DC 20001
(202) 514-7296


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served by hand upon David A. Hirsch, Esq. and John P. Connolly, Esq., this 9th day of October, 2007.


Howard R. Sklamberg

-2-