**United States District Court**
**for the District of Columbia**

**FILED**
OCT 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.      WAIVER OF INDICTMENT

**ROBERT FROMM**

Case Number: 07-0230 (RMU)

I, **Robert Fromm**, the above named defendant, who is accused of **Violating the Lifetime Post-Employment Ban, Title 18, United States Code Section 207(a)(1) and 216(a)(1)** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **October 9, 2007,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant
PRO HAC VICE

Before: _____
Ricardo M. Urbina
United States District Court Judge