## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Criminal Action No.:  07-0230 (RMU) |
| | : |
| **ROBERT FROMM**, | : |
| | : |
| Defendant | : |
| | : |

### DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW Defendant, ROBERT FROMM, by Counsel, pursuant to Paragraph #11 of the Standing Order entered herein on September 11, 2007 and hereby submits the following Sentencing Memorandum:

### Defendant's Personal History/

Robert F. Fromm was born June 16, 1947 in Brooklyn, New York to Frederick and Margaret Fromm. He was one of five children born of the marriage. Mr. Fromm graduated high school in 1965. He then attended Marquette University for two years but at that time, he was not focused upon academics. He left college and enlisted in the United States Air Force and re-enlisted during the Viet Nam war. He served a thirteen-month tour of duty in Viet Nam. Ultimately, Mr. Fromm rose to the rank of Staff Sergeant E-5 and upon the conclusion of his military service, he received an Honorable Discharge.

Upon leaving military service, Mr. Fromm commenced upon his work career, working both in private industry and in governmental agencies culminating in a twenty-three year career working for the United States Government. A copy of Mr. Fromm's career history resume is attached hereto at Tab A.

Mr. Fromm married his wife AnneMarie in 1972. They have two children, Sean and Nicole. Mr. Fromm and his wife also have one daughter-in-law and two grandchildren.

**Defendant's United States Government Employment/**

During his employment with the United States Government, Mr. Fromm was evaluated on an annual basis. From 1994 through 2003, with one exception in the 2000-2001 evaluation, Mr. Fromm received the highest possible "Performance Rating" score. In the 2000-2001 evaluation, he received the second-highest possible score. Reading through the particular comments made by Mr. Fromm's evaluators, one finds comments citing Mr. Fromm's "exceptional record of achievements..." (1994-1995 evaluation), a "driving force" in the program (1996 mid-year evaluation), "He speaks with...complete candor," (1997-1998 evaluation), "He continues to be a strong positive leader and mentor..." (2001-2002 evaluation) and that he is "completely unselfish about sharing his contacts and teaching his methods to help others achieve their goals," (2002-2003 evaluation).

In his last several years with the Government, Mr. Fromm's primary responsibility was to take the FIRES program from fledgling to successful maturity. From his performance evaluations, it was evident that Mr. Fromm's work on this program was of critical importance to his supervisors. In the 1998-1999 evaluation of Mr. Fromm, his supervisors wrote that he "showed great insight and strategic thinking in grabbing the faulting FIRES program and turning it into a viable and funded program." Many job evaluations thereafter specifically noted Mr. Fromm's work on this program culminating in the 2002-2003 evaluation in which it was noted with approval that "Mr. Fromm has driven the FIRES program into the national spotlight."

Throughout his career with the United States Government, Mr. Fromm's efforts were widely appreciated by those Governmental agencies and officials whose effort he supported. Many were motivated over the years to write letters singling out Mr. Fromm's performance for praise. Copies of some of those letters are attached hereto at Tab B. During this same period of time, Mr. Fromm garnered a number of awards and commendations. Copies of some of these are attached hereto at Tab C.

**Mr. Fromm as a family member and as a community member/**

Despite maintaining a busy schedule during his employment, Mr. Fromm has also given generously of his time and talents to his local community, especially through his volunteer work with the Boy Scouts of America. Copies of commendations he has received, for his volunteer work with the Boy Scouts of America, are attached hereto at Tab D. Mr. Fromm has also been active in his church.

Even with a busy work schedule and with a busy schedule of community service, Mr. Fromm has never forgotten the importance of family and of friends. He has been a devoted friend and a devoted family member. Through the example he has set and through his genuine care for the well-being of others, it is evident that Mr. Fromm has had a wide and deep positive impact upon the lives of many close to him. Copies of letters from Mr. Fromm's family members and friends are attached hereto at Tab E.

**Conclusion/**

Upon departing the United States Government, Mr. Fromm had a significant lack of understanding about what rules were applicable to his ability to have contacts with the FIRES program. As his job evaluations note, this was a program to which Mr. Fromm had

become greatly dedicated. He was also greatly dedicated to the people who worked for him. Mr. Fromm genuinely believed that this program was of critical importance to national security, especially after the attacks of September 11, 2001.

When planning for retirement, Mr. Fromm had offers from several government-contracting companies. In moving to private life, Mr. Fromm also had a dream of a new, civilian-based program similar to that which he had sheparded at NGIC. Mr. Fromm wanted to create a program he called NIPS which would create databases of important United States infrastructure facilities. Of the companies interested in hiring Mr. Fromm upon his retirement, only MZM was willing to allow him to work on such a program. Other companies were unwilling to take a chance on a new program for which there would be no guarantee of either funding or success. It was for that reason that Mr. Fromm decided to work at MZM.

During the relatively brief period Mr. Fromm was employed at MZM, the bulk of his billings were for his NIPS program. Only approximately four hundred ($400.00) dollars in costs were billed to FIRES by Mr. Fromm when employed at MZM. Those occasions commenced by a request, by someone still employed at NGIC, for assistance with a particular project or presentation. They valued Mr. Fromm's extensive knowledge of the program and, in turn, Mr. Fromm still felt a sense of duty and obligation to the program and its people. Thus, unknowing that providing such assistance was a violation of the conflict-of-interest law cited in this prosecution, Mr. Fromm provided his assistance when so requested.

Thus, Mr. Fromm's actions were motivated by a sense of personal devotion to a program, and to its staff, with which he had long been associated. He never had any thought or intent to violate any law and he openly disclosed his costs and time expended, in assisting FIRES, on his time and expense sheets. Ultimately finding the environment at MZM unacceptable, Mr. Fromm voluntarily departed therefrom after only a few months of work.

Mr. Fromm is dedicated to his country, to his community, to his friends and to his family. Mr. Fromm's entire life history speaks of service and of devotion. Never could he, nor could anyone who knows him well, have imagined that he would be in the position he now faces, having to answer to this Court for a violation of a very technical law.

Mr. Fromm is mature, settled and responsible. The mere fact of being under investigation, and then under this prosecution, has caused him in anxiety, fear, dismay and stress far above and beyond that in the ordinary defendant accustomed to the criminal justice system. There is no need for incarceration to send a message to either Mr. Fromm or to anyone else. This is simply not a case of malice or of greed. It is one of a negligent oversight.

There is no doubt that under no scenario could it be imagined that Mr. Fromm would ever again face a court in circumstances such as this. He has had no prior criminal arrests, charges or convictions. He is now fully-retired and devoting his time to his family. Accordingly, Defendant respectfully submits that all that is necessary and appropriate in this case is a fine at the low end of the range. Throughout this matter, Defendant has been fully cooperative with the investigating agents, (agreeing to repeated and voluntary interviews), the prosecution, the probation office and this Court.

The Presentence Report ¶58 noted that Defendant is eligible for probation but that probation is not mandatory in this case. Defendant respectfully submits that further, post-trial supervision in this matter would not be necessary and would be a mis-allocation of limited resources best applied to those defendants who do need some adult supervision to ensure compliance. In ¶63 of the Presentence Report, it is noted that restitution is not an issue in this case. As ¶¶ 39 and 40 of the Presentence Report confirm, there is no history of substance abuse which would require supervision or the mandatory testing if Defendant were placed on supervised release.

Paragraph 64 of the Presentence Report states that a departure from the guidelines is not called for in this matter. Addressing the factors enunciated in 18 U.S.C. §3553(a)(2), this was a misdemeanor violation of a highly technical statute. Mr. Fromm had no intent or desire to disrespect or violate the law. Greater punishment than that he has already endured through this process is not necessary to promote respect for the law, to deter further violations nor to protect the public from further violations by Defendant.

There is nothing at all to indicate Mr. Fromm is at any risk to re-offend. The emotional toll this investigation and prosecution has taken upon Mr. Fromm has left him with a sufficient impression as to guarantee he will always act with the utmost of caution in the future. He has no history of substance abuse. He has no prior criminal record. He has a long history of stable family and community ties. He has a long record of service to his country and to his community. He is now retired. He is not in need of any special programs, treatment or supervision.

As ¶61 of the Presentence Report indicates, the applicable fine range for this matter is $250.00 through $5,000.00. Defendant respectfully submits that considering all the matters set forth in the Presentence Report and considering all the points set forth above in this Memorandum, any necessary messages which had to be sent have been sent in this prosecution. This matter has now been hanging over Mr. Fromm's life for nearly three years. It is time to let him return to his life unimpeded. Accordingly, Defendant respectfully submits that imposition solely of a fine at the low end of this range is the only additional penalty necessary to serve the interests of justice herein.

Respectfully submitted,

ROBERT FROMM
By Counsel

LAW OFFICES OF JOHN P. CONNOLLY

By

John P. Connolly, D.C. Bar #313445
211 North Union Street, Suite 100
Alexandria, Virginia 22314
(703)684-4865 Telephone
Counsel for Defendant

CULIN, SHARP, AUTRY & DAY, P.L.C.

By

David A. Hirsch, Virginia State Bar #23947
4124 Leonard Drive
Fairfax, Virginia 22030
(703)934-2940 Telephone
*Pro hac vice* Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing, together with its attachments, was

transmitted via e-mail this 20TH day of December, 2007 to Howard R. Sklamberg,

Assistant United States Attorney, Fraud & Public Corruption Section,

Howard.SKlamberg@usdoj.gov.

P:\lClients\Fromm\Pleadings\Sentencing Memorandum Revision #2.wpd

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Action No.: 07-0230 (RMU) |
| | : | |
| **ROBERT FROMM,** | : | |
| | : | |
| Defendant | : | |
| | : | |

**DEFENDANT'S SENTENCING MEMORANDUM TAB "A"**


Robert Fromm's Resume

# Robert F. Fromm

## Specialties: Technology Analysis and Implementation, Project Management, Strategic Planning

**SUMMARY**

Over 35 years of experience serving clients with an emphasis on state-of-art information and communication technology implementation providing maximum ROI and business edge. Expert in assessing communications and technical requirements and developing custom solutions to suit client needs. Proven skills in analysis and planning, providing clients with a best practice future for their business and technology direction.

Specific skills include: Business Process Engineering and Reengineering; Technology Analysis and Migration; Systems Analysis and Design; Configuration Management; Strategic Planning; Program Management; IT Project Management; Extensive experience in negotiating "best of breed" integrations to address client needs.

**CERTIFICATIONS AND TRAINING**

- Department of Defense Top Secret SCI clearance
- Senior Intelligence Officer Certification
- DAWIA Level 2 Program Management



### NOTABLE CHRONOLOGICAL EXPERIENCE

#### USAF – Air Weather Service 1968-1974

Responsible for the development of automated weather mapping system that included analysis and forecasting. This was a creative endeavour as nothing of that genre existed at that time. Besides oversight for the effort was specifically responsible for the following:

- Look ahead programming was created
- Scaleable digital fonts were created
- Scaleable digital geography, national and international, was created
- Analysis and projection routines were created

#### National Radio Astronomy Observatory, University of Virginia 1974-1980

*Responsible for the development of the future system development lab and systems. Systems developed in the lab would be exported and implemented at NRAO and other radio astronomy sites worldwide. Systems developed were both command and control of the radio telescopes and the signal reduction, analysis, and graphical representation of captured data.*

- Developed and implemented English language parsing system for both telescope control and data analysis
- Designed and implemented hardware for data sharing across diverse systems
- Implemented remote first pass analysis for scientists at home universities creating standardized routines that could accept and display datum on dissimilar machines via dial-up modem utilization
- Developed and implemented a robust mainframe PL1 version of the discreet signal analysis telescope program that also provided datum to a DICOMED display, a precursor to MRI graphical displays in medical use today.

# Robert F. Fromm

**Sperry Univac, NSWC Dahlgren, VA 1980-1981**

*Principal for the development, coding, testing, integration and implementation of the graphic display systems for the future AEGIS Fire Control and CAC systems.*

- Provide the strategy and timelines required to accomplish
- Develop and tested the code on lab and test bed systems
- Wrote the user manuals for both systems decomposition and "user friendly" utilization.
- Accomplished IAW timelines set by both Navy and Congress

**Chief, Systems Engineering, Operations and Communications, Foreign Science and Technology Center, Charlottesville, VA 1981- 1993**

*Position evolved over this tenure from Senior Systems Engineer to responsibility for all systems and staff for IT at the Center.  I was promoted to Chief of Systems Engineering in 1984 and in that position was also responsible for the strategic planning and evolution of the systems during a period of constrained budgets.*

- Provide market and competitive analysis that allowed FSTC systems to grow substantially
- In 1985 introduced and integrated the first PCs (Delta Data) into our internal network
- In 1987 was the leading IBM MVS site in the world with IBM's latest state of the art technology
- In 1988 integrated the first SUN platforms into a newly introduced tiered network strategy providing better distribution of resources
- In 1990 replaced the IC Community BBN standard network device ($50K) with a $3K CISCO network interface reducing MTBF from 12-18 hours to over 400 days.  This interface became a backbone for the Gulf War.

**Senior Scientist IT, Nonproliferation Center, Central Intelligence Agency 1993-1996**

*Rotational Assignment.  Responsible for providing insight and future IT direction to this specialized function of the agency with a diverse but highly talented staff of scientists, analysts and operatives. The NPC reported directly to the DCI.*

- Introduced Mosaic and TCP/IP as an intranet for NPC internal use.  With the Directors approval introduced it to the Intelligence Community Management Board as a concept and was authorized to develop it as an interagency test platform for highly classified information.  Four months later it was adopted and named Intelink.
- In conjunction with MITRE introduced virtual meeting rooms, chat, white boards, video and voice to Intelink
- Was the NPC representative to the IC Migration Board, was responsible for overseeing the selection of a number of "best of breed"  operational programs.  The largest of these was the many diverse autodin systems implementations, over 300, that was reduced to 2 and adopted by all participants.
- Introduced and initiated a new process of data sharing over the INTELINK that allowed for the most secure of classified information to be shared.
- The previous prompted an introduction to the National Intelligence Council IT group which evolved into my chairing the NIC IT Steering Committee till 2004.

**Program Manager, National Ground Intelligence Agency 1996 - 2004**

- Responsible for development and budget of a number of highly visible national community programs
- Activities included developing programatics and budget, overseeing IT , specialist and analytical staffs
- Developed and program managed a highly visible program that is extensively used worldwide but was a significant contributor to operational support of our fighting forces in Afghanistan and Iraq.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Criminal Action No.:  07-0230 (RMU) |
| | : |
| **ROBERT FROMM**, | : |
| | : |
| Defendant | : |
| | : |

**<u>DEFENDANT'S SENTENCING MEMORANDUM TAB "B"</u>**

Letters of Commendation



**DEPARTMENT OF THE ARMY**
NATIONAL GROUND INTELLIGENCE CENTER (PROVISIONAL)
220 SEVENTH STREET, NE
CHARLOTTESVILLE, VIRGINIA 22901-5396

REPLY TO
ATTENTION OF

IANG-CO                                    5 August 1994

MEMORANDUM FOR Mr. Robert F. Fromm, Research and Development
                Information Management Group,
                Central Intelligence Agency

SUBJECT:  Letter of Appreciation

1.  I commend you for your contributions to the Intelligence
Systems Secretariat, as documented in the enclosed 29 July 1994
letter from Mr. Steven T. Schanzer, Director, Intelligence
Systems Board.  Your significant contributions reflect very
favorably on your dedication, performance, and professionalism,
and are accomplishments for which you can be justifiably proud.

2.  Thanks for the great work, and congratulations on a job
extremely well done.


Enclosure                          EVERETT R. YOUNT, JR.
                                   Colonel, MI
                                   Commanding

INTELLIGENCE SYSTEMS BOARD

# Intelligence Systems Secretariat

Washington, D.C. 20505

29 July 1994

Colonel Everett R. Young, Jr.,
Commander, National Ground
  Intelligence Center
220 Seventh St., N.E.
Charlottesville, VA   22901

Dear Colonel Young:

I would like to make you aware of the contributions being made by Mr. Bob Fromm to our efforts. These efforts are part of a major initiative being sponsored by DCI Woolsey and Deputy Secretary of Defense Deutch. Mr. Fromm, through his assignment in the Nonproliferation Center, has been supporting the Intelligence Systems Secretariat by actively participating in our Information Management Policy Working Group and by lending his considerable expertise and energy to implementation of the Intelink intelligence information service.

I believe that both, your organization and the S&T community as a whole are being well served by Mr. Fromm's activities, and would like to see them continue. We are most appreciative of the help he has given us. His support of our efforts has been a contributing factor in our success.

Sincerely,

Steven T. Schanzer
Director

OFFICE OF PRIMARY INTELLIGENCE
**NONPROLIFERATION CENTER**

10 August 1994

NOTE TO:  Bob Fromm

SUBJECT:  Letter of Appreciation

Bob, it was certainly a pleasure to receive a copy of the attached letter commending you for your contributions to the Intelligence Systems Board. You have represented NPC with distinction and your hard work is appreciated.

Gordon

XC:  Jim Pavitt
Tom Armour

Mr. Bill Rich
National Ground Intelligence Center
220 7th Street N.E.
Charlottesville, Virginia 22901

Dear Mr. Rich:

I wanted to convey to you my appreciation for the work Bob Fromm has done for us here in NPC and let you know that we recently presented him with an Exceptional Performance Award, the citation for which I have enclosed. While this award was for one specific project, I want to state for the record that his performance has been of uniformly high quality and we are delighted to have him on our professional staff. We take our Community role seriously and it is only through the willingness of organizations like yours to send us people like Bob that we can attain our ideal of a DCI Center truly representative of the broad Nonproliferation Community.

Sincerely,

Gordon C. Oehler
Director, Nonproliferation Center

NONPROLIFERATION CENTER

24 August 1994

NOTE FOR:  Bob Fromm

SUBJECT:    Letter of Appreciation


Bob, once again it was a pleasure to receive a letter of appreciation regarding your fine work.  The attached letter from Sandia National Laboratories commends you for the outstanding job you've done on the CNPC.

We are indeed fortunate to have you on the NPC team.

Gordon


CC:  Tom Armour

**Sandia National Laboratories**

P.O. Box 5800
Albuquerque, New Mexico 87185-0576

July 15, 1994

Dr. Gordon Oehler
Director, Nonproliferation Center
Washington, D.C. 20545

Dear Dr. Oehler:

I am writing to express my appreciation for the outstanding work that Bob Fromm (NPC/RIG) has performed during his assignment. As a charter member of the CNPC Information Management Subcommittee, I have seen the effectiveness of Bob's work in performing community surveys and moving forward in implementation of community connectivity.

Bob has been especially helpful in assisting the process of getting Sandia connected to DoDIIS and Intelnet. DIA project sponsors submitted requests for a DoDIIS connection to Sandia and Los Alamos over a year ago. I expected the process to take several years to move through the multi-agency bureaucracies before we finally became connected. However, it appears that we may get connected by the end of this calendar year because Bob continues to push all parties (especially DIA and DOE) from his strong community leverage within the NPC. Anyone who displays the initiative and barrier-busting activities like Bob has deserves strong praise and recognition.

I hope that you will be able to continue to renew Bob's assignment for continued work at the NPC. We need him and more like him!

Sincerely,

*Thomas P. Wright*

Thomas P. Wright
Systems Research Center Assistant Director
        for Proliferation Projects
(505)844-3561

Copy to:
Tom Armour, NPC/RIG
NHB, Rm4S101

The Director of Central Intelligence
Washington, D.C. 20505

Nonproliferation Center

AUG 2 9 1994

Mr. William S. Rich, Jr.
Deputy Director
National Ground Intelligence Center
220 Seventh Street, N.E.
Charlottesville, Virginia  22902-5396

Dear Mr. Rich

    Enclosed is an evaluation of Robert Fromm, done on the Army's form, covering his nine months on our staff in the Nonproliferation Center (NPC).  We are not familiar with this form and I trust that we have not done Bob a disservice by violating one or more of the unwritten rules that I presume surround your system as they do ours.  If we have, please let me know and we will correct the oversight, because we are absolutely delighted with Bob's performance and want to ensure that the written record reflects this feeling.

    Bob has been an essential member of Tom Armour's group, ably carrying most of the responsibility for one of Tom's major missions:  coordinating and leading the efforts of information system providers across the nonproliferation community.  Bob has shown himself to be knowledgeable about both the technology and the DOD community itself, a combination of expertise that is both essential for being successful in an organization like NPC and very difficult to find.  We can rely on Bob to function independently while representing NPC in a wide variety of community fora and we highly value his judgment and expertise.  Despite coming from a culture quite different from CIA's, Bob has become a valued member of our team, hitting the ground running and making important contributions almost from day one.

    Bob's first year with us is rapidly coming to a close and I understand that he would very much like to extend his tour for another year.  We would be delighted to see that happen and I would appreciate whatever you could do to make it come to pass.

Sincerely,

Gordon C. Oehler
Director, Nonproliferation Center

Enclosure

**NONPROLIFERATION CENTER**

9 May 1995

NOTE FOR:  Bob Fromm

SUBJECT:   Kudos Letter

Bob:

It's gratifying to receive kudos for the efforts of NPC personnel, such as the letter, attached, from Russell Rose commending your excellent briefing to the AIPASG Steering Group on the recent ADP Tools for WMD Analysis Conference.  It is vital that NPC maintain contact with such organizations to keep them apprised of what is under way in the Intelligence Community.  I appreciate your effort in ensuring that the Steering Group is well informed.  Thanks, too, for all your hard work on the Conference.  It got rave reviews from all camps!

Gordon C. Oehler
Director

Office of Research and Development
Directorate of Science and Technology
Central Intelligence Agency
Washington, DC 20505

3 May 1995

Mr. Robert Fromm
NPC/IMS
Room 4 S 101,NHB
Washington, DC 20505

SUBJECT: Advanced Information Processing and Analysis Steering Group
Meeting, Thursday, 20 April 1995

Dear Mr. Fromm:

On behalf of the Advanced Information Processing and Analysis Steering Group
(AIPASG), I want to thank you for taking the time from your busy schedule to present
an overview of the *ADP Tools for Weapons of Mass Destruction Analysis Conference* at our
20 April 1995 Steering Group meeting. Your involvement and participation in activities
of this type are of great importance to the Intelligence Community.

The impact of the AIPASG on the Intelligence Community depends critically on
the activities at these meetings. Your comments to the Steering Group were most
informative in increasing our awareness of the Intelligence Community's efforts in areas
like the *ADP Tools for Weapons of Mass Destruction Analysis Conference.* To this end, your
participation at the 20 April 1995 meeting was timely and greatly appreciated.

Thank you again for your participation. We look forward to working with you
in the future.

Sincerely,

Russell R. Rose
Executive Secretary
Advanced Information Processing and
Analysis Steering Group

The Director of Central Intelligence
Washington, D.C. 20505

Nonproliferation Center

## Exceptional Performance Award
### Citation

August 3, 1995

This recognizes the exceptional performance of Robert F. Fromm in planning
and executing the recent Conference on ADP Tools for Weapons of Mass
Destruction (WMD) Analysis. This conference was held in the CIA auditorium
and attended by several hundred analysts and information technologists from
throughout the nonproliferation community. Some forty ADP programs were
briefed. The conference was the first of its kind and responded to a clear need
for better communication and coordination of ADP providers working on WMD
problems. It was conducted entirely with in-house resources, with Bob and his
colleague, Huri Fraley, doing much of the work.

Bob and Huri conceived the idea of an NPC-hosted conference on this topic,
forged a partnership with DoD, put out the call for participation, defined the
agenda, made all the logistical arrangements (which were daunting), and were in
constant touch with presenters and attendees to make sure that the conference
would be well attended. Throughout the process, they worked together as a
team, including DoD participation, showed substantial initiative and creativity in
conceiving the conference and pulling it off, and put in long hours, especially as
the conference date approached.

The conference came off exceptionally well, placing NPC once again on the
cutting edge, and serving as a foundation for building the cooperating and
collaborating community of ADP providers that is one of NPC's goals and which
is essential to obtaining the dramatic increase in effectiveness we must achieve
in our ADP programs.

Gordon C. Oehler
Director



**USAINSCOM**

**National Ground Intelligence Center**



**OFFICE OF THE COMMANDER**

19 April 1996

Mr. Robert F. Fromm
Information Engineering Branch
Computer Services Division

Dear Bob:

Many thanks for your support to the Joint
Technical Office Study Group, as documented
in the enclosed letter from Mr. Carl F.
Klele, Director, Intelligence Systems Support
Office, Department of Defense, Washington,
DC.

I sincerely appreciate all the great work you
do...and congratulations on a job extremely
well done!

ROBERT REUSS
Colonel, MI
Commanding

Enclosure



**DEPARTMENT OF DEFENSE**
INTELLIGENCE SYSTEMS SUPPORT OFFICE
1000 AIR FORCE PENTAGON
WASHINGTON DC 20330-1000

April 9, 1996

Colonel Robert Reuss
Commander, National Ground Intelligence Center
220 Seventh Street NE
Charlottesville, Virginia 22901

Dear Colonel Reuss:

The Intelligence Systems Support Office sponsored Joint Technical Office Study Group recently completed its third and final working session. The study secretariat is currently preparing the study report and briefing. I feel it is appropriate at this time to express my personal appreciation for the outstanding support furnished by Mr. Robert Fromm from the National Ground Intelligence Center.

During the course of the study, Mr. Fromm was a leader in the formulation of insightful positions, commentary and recommendations regarding the application of advanced technology to the intelligence analysis process in the nonproliferation domain. Mr. Fromm's recent past association with the Nonproliferation Center (NPC) provided him with a broad range of policy, practice and technology subject matter expertise in the nonproliferation mission area which no other study participant or organization could match. He consistently kept the study group focused on the end game and, in particular, he provided the study group with a detailed actual scenario of a significant nonproliferation policy issue which became the framework for much of the analysis and discussion of the group.

Mr. Fromm's earnest and dedicated support of our efforts have earned him our respect and deep appreciation.

Sincerely,

Carl F. Klele
Director

IANG-I                                                      22 April 1996

MEMORANDUM THRU MR. DOUGLAS MILLER, CHIEF, COMPUTER
                    SERVICES DIVISION

FOR MR. ROBERT FROMM, SYSTEMS AND OPERATIONS BRANCH

SUBJECT:  Letter of Appreciation


1.  I am pleased to forward the attached letter from the
Director, Intelligence Support Office, Department of Defense,
with a note from the Commander, NGIC, regarding your support to
the Joint Technical Office Study Group.

2.  My appreciation is extended to you for your superlative
support to the study group and for your impressive representation
of the National Ground Intelligence Center.

3.  A copy of this correspondence will be placed in your
personnel file.

                        WILLIAM E. CRISLIP
                        Director, Information Management



**DEPARTMENT OF DEFENSE**
INTELLIGENCE SYSTEMS SUPPORT OFFICE
1000 AIR FORCE PENTAGON
WASHINGTON DC 20330-1000

April 22, 1996

Dr. Gordon C. Oehler
Director, Nonproliferation Center
CIA, Rm 5S09
NHB/NPC
Washington, D.C. 20505

Dear Doctor Oehler: Gordon

   On March 29, 1996, I and members of the Joint Technical Office briefed you on the key findings and recommendations of their recently concluded Information Technology Assessment. At that time I remarked that community support for the study effort had been outstanding. I particularly want to express my personal appreciation for the outstanding support furnished by Mr. Robert Fromm who at the beginning of the study effort was on detail to the Nonproliferation Center from the National Ground Intelligence Center to which he has now returned.

   Throughout the study effort, Mr. Fromm was a leader in keeping the group focused on meaningful goals. His broad background in community activities and especially operations of the NPC and central issues within the nonproliferation mission area were critical to ensuring success of our efforts. Most significantly, he provided the study group with a detailed actual scenario of a significant nonproliferation policy issue which became the framework for much of the analysis and discussion of the group.

   Mr. Fromm's earnest and dedicated support of our efforts have earned him our respect and deep appreciation. I want to thank you personally for your support of the effort and for enabling Mr. Fromm's participation in the study.

                    Sincerely,

                    CARL F. KLELE
                    Director



USAINSCOM

**National Ground Intelligence Center**



## OFFICE OF THE COMMANDER

26 April 1996

Mr. Robert F. Fromm
Information Engineering Branch
Computer Services Division

Dear Bob:

I sincerely appreciate all the great work you
do...and your support to the Intelligence
Systems Secretariat. This appreciation is
also documented in the enclosed letter and
certificate from Mr. Steven T. Schanzer,
Director, Intelligence Systems Board,
Intelligence Systems Secretariat, Washington,
DC.

Congratulations on a job well done!

Sincerely,

ROBERT REUSS
Colonel, U.S. Army
Commanding

IANG-I                                           30 April 1996

MEMORANDUM THRU MR. DOUGLAS MILLER, CHIEF, COMPUTER
                SERVICES DIVISION

FOR MR. ROBERT FROMM, SYSTEMS AND OPERATIONS BRANCH

SUBJECT:  Letter of Appreciation

1.  It is a pleasure to receive and forward the attached com-
mendatory corespondence from Mr. Steven T. Schanzer, Director,
Intelligence Systems Board, Intelligence Systems Secretariat,
with a note from the Commander, NGIC, regarding your support to
the Non Proliferation Center over the last 2 years.

2.  Please add my thanks for your fine representation of this
Directorate and the National Ground Intelligence Center.

3.  A copy of this correspondence will be placed in your
personnel file.


                          WILLIAM E. CRISLIP
                          Director, Information Management


CF:
S1

INTELLIGENCE SYSTEMS BOARD
## Intelligence Systems Secretariat
Washington, D.C. 20505

15 April 1996

Commanding Officer
National Ground Intelligence Center
220 7th St. NE
Charlottesville, VA 22901

Dear Colonel Reuss:

I am writing to express my appreciation for the outstanding support that Mr. Robert Fromm provided to the Intelligence Systems Secretariat's efforts over the past two years. Attached is our Certificate of Appreciation to Mr. Fromm.

Bob was a major player in the Non Proliferation Center which was involved in the initial Intelink prototype. He also headed up the message handling system working group which analyzed requirements for replacing all message handling systems in the Intelligence Community.

Thanks again for the outstanding support provided to this office.

Sincerely,

Steven T. Schanzer
Director

Attachment

ROBERT F. FROMM

IS OFFICIALLY COMMENDED

FOR

Superior Civilian Service during the period 1 July 1997 through 30 June 1998. As a Senior Computer Specialist in the Information Engineering Division, Information Technology Directorate, Mr. Fromm demonstrated outstanding leadership, vision, and technical expertise in bringing the NICOLE, PLATYPUS, and other major programs to the National Ground Intelligence Center (NGIC) and the Intelligence Community. His actions reflect favorably upon himself, the NGIC, INSCOM, and the U.S. Army.



**National Ground Intelligence Center**

**OFFICE OF THE COMMANDER**

14 March 2000

Mr. Robert F. Fromm
Information Engineering Division

Dear Bob:

You continue to bring credit to yourself and
to the National Ground Intelligence Center as
evidenced by the enclosed memorandum from
Mr. Warren A. Uthe, Inspector General,
Defense Intelligence Agency.

I commend you for your great work...and
congratulations on a job well done!

Gary E. Phillips
Colonel, MI
Commanding

Enclosure



# DEFENSE INTELLIGENCE AGENCY

WASHINGTON, D.C. 20340- 1028



U-0384/IG                                                    1 March 2000

TO:       Colonel Gary E. Phillips
          National Ground Intelligence Center
          220 7th Street NE
          Charlottesville, VA  22902

SUBJECT:  Letter of Appreciation - Mr. Robert Fromm

1.  The Office of the Inspector General (IG), Defense
Intelligence Agency (DIA), wishes to express its appreciation
for the exceptional support provided by a member of your staff,
Mr. Robert Fromm, during the inspection of the Foreign Materiel
Program (FMP).

2.  One objective of our comprehensive inspection was to assess
the adequacy of the Foreign Materiel Exploitation Catalogue
(FMEC) as the DoD database on the FMP.  Our research led us to
the Foreign Materiel Management System (FORMMS), whose primary
developer has been Mr. Fromm.

3.  He willingly offered his time and energy to our inspectors,
providing his unique insights into the development of this new
migration platform.  His depth of knowledge and experience
proved invaluable to our inspection team.  He contributed many
hours of his personal time in assisting us, particularly in the
identification of critical decision-points for which DIA has
been responsible.

4.  Please extend our appreciation to Mr. Fromm for his
participation in support of this IG inspection.  We thank the
National Ground Intelligence Center for allowing such an
outstanding individual to support this project.

                              WARREN A. UTHE
                              Inspector General



**DEPARTMENT OF DEFENSE**
UNITED STATES SOUTHERN COMMAND
3511 NW 91ST AVENUE
MIAMI, FL 33172-1217

May 24, 2000

U.S. Southern Command
Directorate of Intelligence

Major General Robert W. Noonan
Commander, US Army Intelligence and Security Command
8825 Baulah Street
Ft. Belvoir, VA 22060-5246

Dear General Noonan:

On behalf of U.S. Southern Command, I would like to extend formal appreciation of the Facilities, Infrastructure, and Engineering System (FIRES) initiative for the excellent work done in scanning highly informative documents throughout our Area Of Responsibility (AOR). The products and support the FIRES staff has provided our Target Analysis Branch has ultimately resulted in the inclusion of digitized drawings, engineering design specifications, and computer aided drawings (CAD) of foreign materials and infrastructure into the command's target materials. These documents have allowed for a greater breadth and depth of intelligence in support of USSOUTHCOM operational objectives. We will continue to use your products in our target analysis process, as well as for Humanitarian Assistance/Disaster Relief efforts.

Your spirit of assistance in accomplishing this vital mission is greatly appreciated and reflects a job well done by the National Ground Intelligence Center. We look forward to continuing this relationship in the future, and also look forward to hosting the next FIRES Capture Priorities Board (CPB) this October.

Very Respectfully,

Ronald L. Burgess, Jr.
Brigadier General, USA
Director of Intelligence



# UNITED STATES SPECIAL OPERATIONS COMMAND
7701 TAMPA POINT BLVD.
MACDILL AIR FORCE BASE, FLORIDA 33621-5323

SOIO-IN-JA

2 2 JUL 2000

MEMORANDUM FOR:

VICE ADMIRAL THOMAS R. WILSON, DIRECTOR, DEFENSE INTELLIGENCE
AGENCY, WASHINGTON, DC  20340-0001

MAJOR GENERAL(P) ROBERT W. NOONAN, OFFICE OF THE DEPUTY CHIEF
OF STAFF FOR ARMY INTELLIGENCE, 2511 JEFFERSON DAVIS HWY,  SUITE
9300, ARLINGTON, VA 22202-3910

COMMANDER, NATIONAL GROUND INTELLIGENCE CENTER, ATTN:  MR.
ROBERT FROMM, ITAE, 220 SEVENTH STREET, NE, CHARLOTTESVILLE, VA
22902-5396

SUBJECT:  Facilities, Infrastructure and Engineering (FIRES) Conference


1.  The purpose of this letter is to inform you of United States Special Operations
Command's support of the National Ground Intelligence Center's (NGIC) Facilities,
Infrastructure, and Engineering System (FIRES) Program.  USSOCOM recently
co-sponsored a FIRES Conference here at MacDill Air Force Base, and we definitely
look forward to increasing our cooperation with the FIRES Program Office.

2.  Our initial requirements for the FIRES program focused on CONPLAN 0300 and
0400 support but we foresee the FIRES database becoming a key component to
every facet of USSOCOM core missions.

3.  Your support for the FIRES database is greatly appreciated and reflects great
credit upon the National Ground Intelligence Center.  We look forward to continuing
our relationship with the FIRES program office and expanding USSOCOM'S use of
the FIRES database.

THOMAS W. STEFFENS
Rear Admiral, U.S. Navy
Director, Intelligence and Information
  Operations Center

**THE JOINT STAFF**
**WASHINGTON, DC**



Reply ZIP Code:
20318-4000

5 April 2001

Mr. Bob Fromm
220 7th Steet NE
Charlottesville, VA, 22902

Dear Mr Fromm,

The Joint Staff Engineer Talks was a huge success and the main reason for the

success was the comprehensive and informative briefings provided by quality speakers

such as you.  Your presentation was key to helping us meet the conference objectives:

evaluate challenges facing engineers and how to reshape our forces to meet these

challenges.  Please accept my sincere thanks for your participation.

WILLIAM L. RUDICH
CAPTAIN, USN
Chief, Engineering Division



**Joint Warfare Analysis Center**
Dahlgren, VA 22448-5500

IN REPLY REFER TO
J2 Ser/675
SEP 0 6 2001

Mr. Terrance Ford
Office of the Deputy Chief of Staff
 for Intelligence
1000 Army Pentagon
Room 1E713
Washington, DC 20310-1000

Dear Mr. Ford:

As the Joint Warfare Analysis Center (JWAC) J2, I would like to encourage US Army Intelligence support for the Facilities, Infrastructure, and Engineering System (FIRES) program. At JWAC I have followed this program for several years and believe that it has the potential to add significantly to the Intelligence Community's knowledge base.

FIRES is a truly unique capability that has provided outstanding support to JWAC analysts since its inception. FIRES has enhanced JWAC's ability to develop infrastructure analyses in support of the Joint Chiefs of Staff and the warfighting CINCs and its engineering and facility diagrams enable JWAC analysts to deliver a more accurate, richly detailed analytical product in our operational support to the warfighter.

Expansion of JWAC's mission support into other infrastructure areas, such as urban operations, would increase our reliance on FIRES-type data. I advocate continued development of this program, particularly those capabilities associated with enhanced search and retrieval, data storage and manipulation, and seamless interfaces with other existing programs in the GIS and CAD arenas.

I look forward to the Intelligence Community's continued support and expansion of the FIRES program to meet its potential. Should you or a member of your staff need additional information on JWAC's use of FIRES, my point of contact is Mr. Tony Mikkelson, at (540) 653-3991 (DSN 249).

Very Respectfully,

MICHAEL A. PETERSEN
Director,
Intelligence Directorate (J2)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Criminal Action No.:  07-0230 (RMU) |
| | : |
| **ROBERT FROMM,** | : |
| | : |
| Defendant | : |
| | : |

### DEFENDANT'S SENTENCING MEMORANDUM TAB "C"

Certificates Awarded for Exceptional Performance

# The Secretary of Defense

# The Director of Central Intelligence

*Certificate of Appreciation*

is presented to

## Robert Fromm

in recognition of national level service with the Intelligence Systems Board and Secretariat

## Intelink

Co-Chairman, Intelligence
Systems Board

Co-Chairman, Intelligence
Systems Board

# DEPARTMENT OF THE ARMY

## IS OFFICIALLY COMMENDED

### FOR

Robert F. Fromm



A Quality Step Increase as a Computer Specialist in the Production Branch, Computer Systems Division, for the period 1 Mar 81 through 28 Feb 82. During this period, Mr. Fromm has consistently brought credit to FSTC through his work in operating systems for the IBM 4341 computer system. Under his technical direction, FSTC was the first organization in the world to install the IBM MVS/SP1 operating system on an IBM 4341 with IBM's 3375 disk media system. Mr. Fromm is recognized as one of the top MVS operating system experts in the world and IBM has recognized his version of MVS as a standard. Mr. Fromm's superior qualities have made him an asset to the Center and a credit to the Federal Service.

May 1982

_(signature)_
JOSEPH R. TEDESCHI
Colonel, CmlC
Commanding

DA FORM 2443, 1 DEC 76

DA FORM 4979, MAY 81

# Department of the Army



# Exceptional Performance

is recognized for

ROBERT F. FROMM

Computer Systems Programmer

Foreign Science and Technology Center

1 May 1982 through 31 May 1983



JOSEPH R. TEDESCHI
Colonel, CmlC
Commanding

DA FORM 4879, MAY 81

# Department of the Army



ROBERT F. FROMM

is recognized for

## Exceptional Performance

1 July 1987 through 30 June 1988

Supervisory Computer Systems Programmer

Foreign Science and Technology Center

TERRILL C. HOPE
Colonel, Armor
Commanding

DA FORM 5654 - FEB 88

# DEPARTMENT OF THE ARMY



*Robert J. Fromm*

IS PRESENTED THE

# ACHIEVEMENT MEDAL FOR CIVILIAN SERVICE

*For the period 15 August 1990 through 15 March 1991. As Chief of Systems Branch, Computer Services Division, Mr. Fromm managed and personally accomplished automation functions critical to FSTC's Crisis Response Team's operational capability and was key in planning capabilities necessary for AFMIC to support the DESERT STORM effort. His achievement reflects favorably upon himself, FSTC, and the Department of the Army.*

**June 1991**

**TERRILL C. HOPE**
Colonel, Armor
Commanding

# DEPARTMENT OF THE ARMY



## *Robert F. Fromm*

### IS OFFICIALLY COMMENDED

#### FOR

*Performance Award for the period July 1993 through June 1994. While on rotational assignment to the staff of the Community Nonproliferation Center, Mr. Fromm demonstrated outstanding leadership in providing technical advice and active coordination of key community issues at the inter-agency level to effect innovative solutions for information management issues. His leadership in managing change made for a smooth implementation of new ideas and processes. His actions reflect favorably upon himself, the National Ground Intelligence Center, and the Department of the Army.*

December 1994

EVERETT R. YOUNT, JR.
Colonel, MI
Commanding

DA FORM 2443, 1 DEC 76

# NONPROLIFERATION CENTER

Director of Central Intelligence

is hereby awarded the certificate of

# ROBERT F. FROMM

# Distinguished Service

*for valuable contributions in support of the NPC mission during the period*

SEPTEMBER 1993 — DECEMBER 1995

DEC 0 1 1995





The United States of America



ROBERT F. FROMM

is hereby recognized with the

Exceptional Performance Award

for superior accomplishment and

valuable service to

the Central Intelligence Agency

Washington, D. C.

August 1995

Director of Central Intelligence

DA FORM 2443-1 DEC 70

# DEPARTMENT OF THE ARMY

## Robert F. Fromm

### IS OFFICIALLY COMMENDED

#### FOR

Special Service during the period January 1996 through June 1996. As a Computer Specialist and Program Manager in the Information Engineering Division, Mr. Fromm demonstrated outstanding project management skill and exceptional initiative in managing and re-energizing the FORMMS and HARMONY, NGIC-sponsored DOD migration systems, and active participation and leadership in serveral Intelligence Community working groups and committees. His actions reflect favorably upon himself, NGIC, and the Department of the Army.

September 1996



**ROBERT REUSS**
Colonel, MI
Commanding

# DEPARTMENT OF THE ARMY

## *Robert Fromm*

### IS OFFICIALLY COMMENDED

#### FOR

*Group Special Service during the period January-August 1996. As a member of the Strategic Planning Team, Mr. Fromm contributed to the development of NGIC's first long-range Strategic Plan, which defined the future environment, identified customer needs, assessed current internal processes, developed goals, and recommended initiatives. Their team effort and group achievement reflect favorably upon themselves, NGIC, and the Department of the Army.*

*September 1996*



**ROBERT REUSS**
Colonel, MI
Commanding

DA FORM 2442, 1 DEC 76

DA FORM 4586, FEB 88

# DEPARTMENT OF THE ARMY



## ROBERT F. FROMM

IS PRESENTED THE

# SUPERIOR CIVILIAN SERVICE AWARD

Mr. Robert F. Fromm distinguished himself by exceptionally meritorious service from 1 July 1997 to 30 June 1998. As a Senior Computer Specialist in the Information Engineering Division, Information Technology Directorate, Mr. Fromm demonstrated outstanding leadership, vision, and technical expertise in bringing the NICOLE, PLATYPUS, and other major programs to the National Ground Intelligence Center and the Intelligence Community. Mr. Fromm's admirable performance reflects great credit upon him, his organization, the United States Army Intelligence and Security Command and the Federal Civil Service.

18 November 1998



ROBERT W. NOONAN, JR.
Major General, USA
Commanding

# The National Intelligence Council



*In recognition of*

## Robert Fromm

*for outstanding contributions to the National Intelligence Council and exceptional service to the Intelligence Community.*

Washington, D.C.

**20 August 2002**

Date

Chairman, National Intelligence Council



# National Ground Intelligence Center Commander's Trophy

is hereby presented to:

## ROBERT F. FROMM

As a member of the Iraq Team that responded to critical intelligence and operational requirements by producing innumerable, high quality, and timely intelligence products for U.S. and Coalition intelligence staffs and operational planners engaged in Operation IRAQI FREEDOM. The continuous and rapid pace of operations over the course of many months required exceptional dedication to this arduous task. The high quality of the assessments was directly attributable to selfless teamwork and mission focus. Your efforts reflect most favorably upon the Iraq Team, the National Ground Intelligence Center and the U.S. Army.

COL MICHAEL D. ROSENBAUM

9 June 2003





# Certificate of Commendation

Is Awarded To

## Mr. Robert F. Fromm

In recognition of distinguished achievements during January to August 2003 in support of bilateral ROK/US collection activities supporting Operation Iraqi Freedom. Your efforts ensured operational success during a critical time. Your extraordinary achievements reflect great credit upon yourself, the U.S. Defense Intelligence Agency and the United States of America.

6 August 2003
Date

WILLIAM R. STROSNIDER
Colonel, United States Army
Chief, Field Operating Base-Korea



FORM 4250, 1 JUL 74

# DEPARTMENT OF THE ARMY

## CERTIFICATE OF RETIREMENT

### AWARDED TO

# ROBERT F. FROMM

JUNE 11, 2004





DALTON R. JONES
COLONEL, MILITARY INTELLIGENCE
COMMANDING

DA FORM 5655, FEB 86

# DEPARTMENT OF THE ARMY



## ROBERT F. FROMM

IS PRESENTED THE

# SUPERIOR CIVILIAN SERVICE AWARD

For distinguishing himself by exceptionally meritorious service during the period 9 February 1981 to 11 June 2004 as a Senior Computer Specialist in the Engineering Division, Information Technology Directorate, National Ground Intelligence Center. He demonstrated outstanding leadership, vision, and technical expertise in bringing FIRES Program, NICOLE, and numerous other major programs to NGIC and the Intelligence Community. Mr. Fromm's admirable performance reflects great credit upon him, and the Federal Civil Service.

7 July 2004

JOHN F. KIMMONS
Major General, USA
Commanding

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Action No.:  07-0230 (RMU) |
| | : |
| **ROBERT FROMM**, | : |
| | : |
| Defendant | : |
| | : |

### DEFENDANT'S SENTENCING MEMORANDUM TAB "D"

Certificates of Appreciation for Community Service



MONTGOMERY DISTRICT
Boy Scouts of America

TAKES PLEASURE IN AWARDING THIS

Certificate of Appreciation

TO

Robert J. Fromm

IN RECOGNITION OF

Order of the Arrow Chapter Advisor

3/12/90
DATE

Carl W. Shutts



BOY SCOUTS OF AMERICA PRESENTS THIS

# AWARD of MERIT

upon recommendation of the   Monticello

District or Exploring Division of the   **Stonewall Jackson Area**   Council

To

**ROBERT F. FROMM**

For outstanding service to youth of this
community through idealism and citizenship.

Date   **March 10, 1990**

Signed on behalf of the District or Exploring Division:

No. 3719    1984 Printing



With Pleasure, Pride, and Gratitude the

# PRESIDENT, BOY SCOUTS OF AMERICA

Joins with the

## NATIONAL EAGLE SCOUT ASSOCIATION

In Recognizing the Devotion of

ROBERT F. FROMM

By Tendering This

## SCOUTMASTER AWARD OF MERIT

He has served with

Enthusiasm, Wisdom, Experience, and Understanding

Resulting in a Dynamic Boy Scout Troop Operation

President

Chief Scout Executive

Chairman, National Eagle Scout Association

No. 58-423



the

# St. George
## emblem

IS PRESENTED TO

*Robert Fromm*

In recognition of outstanding service to the spiritual development of Catholic youth in the program of the Boy Scouts of America.

Lay Chairman

DATE **February 2006**

Scout Chairman

NO. 16-125

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : Criminal Action No.:  07-0230 (RMU) | |
| | : | |
| **ROBERT FROMM**, | : | |
| | : | |
| Defendant | : | |
| | : | |

## DEFENDANT'S SENTENCING MEMORANDUM TAB "E"

Character Letters

November 6, 2007

Honorable Ricardo M. Urbina
333 Constitution Ave, NW
Washington, DC 20001

Dear Judge Urbina,

After 35 years of marriage, I find myself in the unimaginable situation of feeling the need to somehow describe in a few paragraphs the impeccable character of my husband. To attempt this without emotion is probably one of the most challenging tasks I have faced. If you knew Bob, you would know why nice guys finish last. While our family has been significantly impacted by the events of the past two and a half years, Bob's character has never swayed. I know this situation will never change my husband's approach to life. This includes his ability to find the good in everyone, our awareness of the many blessings that we have and our belief that we will be stronger and closer because of this experience.

While writing this letter and the nuances of the judicial system is unfamiliar territory to me, I am self-consciously aware that reviewing this information is not a new experience to you. I hope that you will understand how difficult it is for me to find words to do justice in adequately describing the amazing character of the man I have been married to all of these years.

I met Bob in 1970, the summer before he left for Vietnam. We were attending the funeral of my best friend's husband, who died suddenly from an asthmatic attack. Joanie had a one year-old and was pregnant at the time of her husband's death. Joanie and Bob had been friends since childhood, but I had never met Bob before. The three of us spent the summer at the vacation home of Bob's parents. I was amazed how he willingly cared for the baby and supported Joanie in her difficult pregnancy. We were married in 1972 and the three of us are still best friends!

Over the last 35 years I have continued to learn about unconditional love and family responsibility.

My father-in-law was diagnosed with lung cancer in 1985. Our children were 12 and 8 at the time. Though they lived in New York, Bob's dad agreed to have treatment here in Charlottesville and to stay with us when it became evident he was terminal. Over the Columbus Day weekend in 1987, Bob's dad called from N.Y. and said, "It was time." Bob drove up to New York, brought his parents back to Virginia. His father died in our home on November 20, 1987. Our children still talk about the value of that experience.

Now you might say, we should all do that for our parents, but in 1990 another family crisis occurred. This time it was my 73 year old aunt who suffered a stroke and was no longer able to live alone. We brought her from N.Y. to our home where she stayed for 15 months. In 40 years of nursing, I never cared for such a difficult patient. Bob never complained though I sure did. He did everything for her that I did including bathing,

feeding, and diaper changing and answering her calls in the middle of the night!

In the mid 1990's Bob's elderly aunt wanted to travel to Croatia for her uncle's 90th birthday. Other family members were unable to accompany her, so Bob took vacation time in order to grant this wish. Unfortunately, this was the flight that ruptured his eardrum resulting in permanent loss of hearing in his right ear. To this day, she is not unaware of the etiology of his hearing loss nor has he ever complained about the persistent tinnitus.

Another example of his selflessness occurred when my mother was in her 70's. My mother had never been on a plane or to Disneyworld. At the time, we could not all afford to go, and I knew my mom would love "It's a small world." Bob paid for my mom, sister and I to go to Disneyworld for four days while he stayed home to take care of our children.

More recently, Bob's high school friend was diagnosed with metastatic prostate cancer in the past year. Bob heard that he was having difficulty navigating the medical system, contacted him and assisted him with the paperwork. This assistance resulted in coverage relating to exposure to Agent Orange. His friend calls him about twice a month to let him know how well he is still doing!

In the last six months, our neighbor of over thirty years was diagnosed with cancer. He is being treated for throat cancer and suffering with the side effects of treatment. Bob goes over almost everyday to often answer the same questions as the day before. Whether it is about the phone, computer, satellite, the electricity, or to support the adult children in the challenge of caring for their dad, Bob goes without hesitation or complaint.

Within the past month, Bob's mother who is 82 years old and lives in New York where three of her other sons reside within miles of her. Despite this, when she recently was traveling on the highway and had a flat tire, she called Bob for assistance. He patiently reassured her, contacted AAA, informed them of her location and never questioned why she did not call one of the brothers who lived nearby. Bob speaks with his mother almost daily and she will most likely move in with us when she can no longer remain at home.

Bob would never acknowledge the above mentioned acts as noteworthy because he would not think twice about what he does for other people. He does not ask for recognition, in fact if possible he avoids it in both his personal and professional life. Over the years, Bob has received many awards for his distinguished government service. He has always chosen to take vacation on the day of these ceremonies, stating "I just did my job."

From my own personal experience, he has been a constant support and my greatest advocate. I remember the first time I was asked to speak to different audiences about my experiences as a Hospice nurse but I was terrified of public speaking. The first group I spoke to was about 20- 30 people in a small church in1994. Bob went with me, providing much needed moral support. More recently, the audience has sometimes been more than 400 people, and he is still present at almost every presentation to alleviate my persistent

fear of public speaking. He has supported me in every career decision I have made, listened attentively to all my hospice " stories" and provided a shoulder to cry on more often than I care to admit. I truly believe I would not have been able to pursue and excel in my passion as a hospice nurse if it were not for his ongoing support and encouragement. Yet again, he would chalk this up to being a good husband.

Just as Bob is humble beyond words in his career accomplishments, he is equally as humble in regards to his dedication and service to his country, his family, and his community. This is not because he does not take extreme pride in all of the above, but because he has lived his life in service to others, always putting their needs above his own.

I hope that I have been able to effectively convey to you what an incredible human being my husband is. I also hope that this helps to explain why this experience has been so devastating and foreign to us.

I thank you for your time in reading this letter.


Sincerely,

AnneMarie Fromm

November 6, 2007

Honorable Ricardo M. Urbina
333 Constitution Ave, NW
Washington, DC 20001

Dear Judge Urbina,

There is a distinct moment in our lives when the role shifts in the parent and child relationship. Sometimes it is because of failing health or need for additional support as the parent ages. In my field of work, sometimes it occurs at a much too young age for the child of a substance dependent parent or other similar stressful life circumstances. I am thankful that these are not the reason that roles have changed in my family. Yet, I could not have anticipated that I would be juggling to complete my doctorate degree while helping my retired parents navigate the judicial system. It is unfathomable.

After graduating from the University of Maryland, I worked for the North Carolina Attorney General's Office as the coordinator of the Child Victim Assistance Program for the 13th judicial district. Working only with children who had been victims of physical or sexual abuse or serious trauma, it was difficult to not become jaded by the experience.

I can only imagine that as a Federal Judge, you have encountered the best and worst of humanity, most likely more often the worst. And yet, there I sat in your court room on October 6, 2007 watching my father accept a plea. My father, who served his country and spent his life as a virtual shadow stood before you humiliated that his integrity and ethics had been questioned. A thinner, greyer, and much older looking man then I remembered stood before you and accepted responsibility for a violation of ethics.

The irony Judge is that my father is the most ethical person I have ever known. When I was in high school, I can remember one of my friends taking an orange construction sign which she then hid in my closet. My father was furious as he told me that if I wanted a sign he would find a way to order one but that stealing the sign was absolutely not okay and came out of taxpayer's money. He made me return the sign my friend had taken. This is who my father is and a value that he wanted instilled in me.

Another example which made me laugh at the time was when my parents attended the MZM Christmas party. My mother won a door prize which was a great trip out to California, first class flight, and luxury hotel accommodations. My father made her give it back and my mother was angry to say the least. He was adamant that she could not accept this trip. When I first found about this investigation two and a half years ago, this is one of the memories I recalled to my father when I told him everything would be okay and laughed that anyone would even entertain the idea that he had committed a crime.

The laughter has obviously subsided. The professionalism and respect that I had expected he would be treated with was shattered. And my faith in the judicial system has wavered significantly. What I am left with is the difficult task of explaining what an incredible

man my father is not just because he is my father but because it is rare to encounter such an honest, genuine, and caring human being.

My father is incredibly humble and has always avoided praise in both his professional and personal lives. He did not want acknowledgement with rewards and ceremonies during his employment with the government because he felt that it just fell under the auspices of doing his job. Similarly, he downplays his role with family, friends, and the community because it falls under the auspices of being a good person and doing what he thinks any reasonable person would do.

I will be honest when I tell you that I feel a lot of guilt for my father being in this situation. My father had always planned on retiring in early 2000. He started talking about this while working for the CIA in the mid-1990s. The events of September 11th took a significant toll on him as I am sure it did for many in the intelligence world but I had my doubts that he would continue with his retirement. But he did retire as planned. I remember that he was offered more than one job when he retired and I remember him saying that he was going to take some time off, which he did.

I remember thinking good for him and hoping that he would recognize that his work and accomplishments were noticed by those outside of the government. If you are getting any sense about who my father is, you now know that this was not important to him at all. But, I began graduate school and I think one of the only reasons that he decided to work for MZM was because he could stay in Charlottesville with my mom and he would maintain an income so that he could initially help me pay for graduate school as I transitioned into being full time student.

It was clear to me that he was not happy there and it became obvious that he wanted to be retired and live that lifestyle for a while. I know that he continues to beat himself up for even working for that short period of time and having no idea what was going on within the company. My father is as loyal as he is ethical and I am not sure that he will ever get past the betrayal that he experienced when he found out what was happening.

I have always looked up to my father. I think this is a natural experience for most children fortunate enough to have been raised by good parents in a healthy home. At some point we realize that our parents do not know everything, that they are fallible, and can make mistakes which can be crushing to an emerging psyche. After this experience, I would put my father on a pedestal for the grace, class, strength, courage, and self-restraint that he has shown. Most would be jaded, many would be angry, and in some way the experience would have changed their belief system. While this has been the worst experience of his life, he has continued to be hopeful, see the good in others, and maintain a strong faith.

I can only hope that I will someday achieve his level of self-control. I have always admired my father's work ethic and aspired to live up to his integrity and character. I have been blessed with his logical abilities of problem solving but he is a kinder and more trusting individual. Though our roles and relationship may be shifting and I may

continue to find myself in the role of providing advice to the man I always have sought advice from. My deepest regret is that I was not able to protect him from this experience as he has protected me throughout my life.

I want to thank you for your time. I hope that the letters provided allow you to see the bigger picture that surrounds the man the sits before you in the courtroom. I appreciate the atmosphere of your courtroom and the manner in which you approach the individuals standing before you. I was told by a Superior Court Judge during my work in North Carolina about the importance of treating each defendant encountered with dignity and respect because in his words, "you never know who is standing before you but it is always someone's loved one." He emphasized that this small feat increases our own integrity and ethical presentation, professionally and personally. I internalized that statement though I am not sure I fully comprehended the lesson until I was sitting on the other side of the courtroom in early October of this year.

Sincerely,

Nicole M. Fromm, M.S.

April 29, 2006

Mary Patricia Devine

154 Jumel Street

Staten Island, New York 10308

To Whom It May Concern:

Robert Fromm became a member of my family April 8, 1972, when he married my sister, Anne Marie. He has always been a loving and generous brother-in-law, but I feel that I have gotten to know him better since the death of my husband in September of 2003. He has truly become my "big brother", offering his time and support as I make the transition from wife to widow. Bob and Anne Marie have taken me on vacation with them twice since my husband passed away. Two incidents that occurred on these vacations illustrate the intensity of Bob's personal integrity.

In January 2005, we stayed overnight in a hotel in Florida prior to our departure on a Caribbean cruise. I noticed that the hair dryer in the room was the same as the one I had at home and that it had an attachment I needed. I mentioned that I intended to take the attachment. Bob said I couldn't, that was stealing, and that he would buy the hair dryer for me if I wanted it. I did not take the part in deference to him because the room was registered in his name.

In January 2006, Anne Marie, Bob, a good friend and I stayed at a time share in Las Vegas. I had recently purchased new living room furniture at home and I commented that the beverage coasters provided in the suite were exactly the kind I was looking for. I wanted to take them. Once again, Bob vetoed the idea. He told me to inquire at the Front

Terrill C. Hope, Colonel U. S. Army (Retired)
4772 Gilbert Station Rd.
Barboursville, VA 22923
30 April 2006


To whom it may concern;

I have known Mr. Bob Fromm since 1984 when I was assigned to command the
Foreign Science and Technology Center in Charlottesville, Virginia. I have known
him as an employee, as a fellow Scouter, and as a friend.   Up until my retirement
in 1991 I interacted with Mr. Fromm on almost a daily basis.  I have observed him
as a highly competent manager, as a dedicated Scout leader, as a committed
Christian, and as a caring human being. His conduct and integrity has always been
of the highest order.

The Bob Fromm that I know would never do anything that was of a questionable
nature. He has always conducted himself in a way that reflected his high moral
standards.  He has always been honest and trustworthy in all of our dealings.  I
would trust Mr. Fromm implicitly.


Sincerely,

# SAINT THOMAS AQUINAS CHURCH

UNIVERSITY PARISH SERVING THE UNIVERSITY OF VIRGINIA
401 ALDERMAN ROAD
CHARLOTTESVILLE, VIRGINIA
22903

TELEPHONE (434) 293-8081
http://www.st-thomas-aquinas.org

28 April 2006

To Whom It May Concern:

Robert Fromm has asked me to write a personal reference on his behalf and I am happy to do so.

I have known Bob for almost thirty years in my capacity as Parish Administrator at St. Thomas Aquinas Church.   He has voluntarily served this parish in numerous ways and I would count him as one of our community's most valuable assets.  Bob was instrumental in getting our Youth Ministry program for middle and high school children off the ground; he served on our Parish Council for six years and at another time was chairman of the Finance Council.

I have always found him to be a warm, caring and trustworthy individual who I hold in high esteem.

Sincerely,

Susan M. Phillips

Susan M. Phillips

# DOMINICAN SISTERS
## ST. MARY OF THE SPRINGS

2320 Airport Drive | Columbus, Ohio 43219-2098 | phone 614.416.1900 | fax 614.252.7435
www.columbusdominicans.org

April 28, 2006

To Whom It May Concern:

This letter is to testify to the good character of Mr. Bob Fromm. While I served at St. Thomas Aquinas University Parish in Charlottesville, VA as pastoral leader from 1992-1996 and again from 1998-2002, I had occasion to work with Mr. Fromm when he served as a member of our Parish Council, and as a willing advisor for various parish projects. My consistent experience of Bob was that he was a man of keen intelligence, deep faith and willing, to the extent that he was able, to volunteer his time and put his gifts at the service of his fellow parishioners.

When I arrived at St. Thomas, a previously employed staff member met with me to assist with my orientation. At that time I clearly remember her mentioning Bob as someone who had been of enormous assistance to her with the Religious Education and Youth Ministry Programs she had been administering. She said, "If you ever need some good advice, call Bob. He's someone you can count on." I tucked that information away and found her assessment to be true in my own experience.

Often I would briefly chat with Bob after Sunday Eucharist. We usually discussed the homily preached that day, and how we thought the Gospel related to everyday life. Both he and his wife, Anne, were active participants in parish life attending lectures and special events.

In my experience, I found Bob to be a man who embraces the values contained in the Gospel of Jesus Christ and who strives to live his life in keeping with the ethics of the Church.

Respectfully submitted,

*Sr. Patricia A. Twohill, OP*

Sr. Patricia A. Twohill, OP
Congregational Leadership Team

April 30, 2006


61 Oliver Street
Brooklyn, N.Y. 11209


To Whom It May Concern:

I am writing this letter on behalf of my lifelong friend Robert Fromm. Our history starts
long before we were even born. Our mothers have been friends since they were seven
years old, but we were even younger when we first met. Robert was born in June 1947
and I was born in August that same year. We have been friends ever since.


Our families have remained interconnected through the years. I knew Robert's friends
and relatives and he knew mine. I was considered the "sister" of Robert and his four
brothers and I always felt, and still do, that I had five Fromm brothers. At thirteen,
Robert and I were the godparents to his youngest brother Michael.


When Robert returned from his final tour in Vietnam, I was a young widow with a one
year old child and another on the way. Robert typically was a great help and support for
us. It was during this time that he became reacquainted with my best friend AnneMarie.
They eventually married and I was in their wedding party and godmother for their
daughter.


I have always remained in contact with Robert and AnneMarie even though we lived in
different states. We kept each other up to date about our lives and families. I mention
this because of a particular conversation I had with AnneMarie. She told me that their
son, Sean, had been offered a job ( I can't remember if Sean was not working or just
looking to change his job at the time). However, the reason I remember the conversation
was because the job was offered by "Mitch." He was a person that Robert knew
somehow through work. I knew that his would not make Robert happy, but Sean was an
adult and could make his own decisions.


Another conversation that I had with AnneMarie was about a Christmas party given by
Mitch. She told me that she and Robert had gone to the party and she had won a raffle
prize. Unfortunately, she had to return the prize immediately because Robert had business
dealings with Mitch and told her that it was improper for her to keep the prize.


I bring to your attention all the above facts, which you may perceive as trivial and
irrelevant. However, I want you to understand fully the relationship and knowledge I
have of this man and his character. He is one of the most honest and ethical people that I
know. I t would be totally against his nature to benefit himself by something not above
board.

Robert Fromm has lived in the same house for over twenty-five years. Both he and AnneMarie have been assets to their church and community. They are wonderful parents and loyal friends. I would trust them with my life. If Norman Rockwell were still alive he'd be painting their picture. They have values of honesty, fairness and selflessness that are often hard to find in people.

For the last ten and one half years, I have been an Assistant District Attorney in Brooklyn. I am currently the Medical-Legal Bureau Chief. My first year in the DA's Office, I worked in the Major Frauds Bureau. I certainly can appreciate the difficulty believing that there are still people who are honest and ethical. However, there are, and Robert Fromm is one of them. I understand that one must always do investigation, but your job is done. There is nothing to be found here.

If you would like to speak with me or have any questions, please feel free to call me at the office 718 250-2457 or home 718 836-0781.

Yours truly,

Joan Ierardi

# SAINT DOMINIC CHURCH
## 630 E STREET, SW
## WASHINGTON, DC 20024

**202-554-7863 EXT 145**                    **OFFICE OF THE PASTOR**

May 1, 2006

To Whom it May Concern:

In writing this letter in reference to Robert Fromm, I have had the opportunity to reflect on my years knowing him and his family in Charlottesville, Virginia.

Assigned to St. Thomas Aquinas Parish in 1980 as Associate Pastor for three years and then in 1996 as Pastor for six years, I have had ample opportunity to get to know Robert in a long term relationship as a parishioner and friend.

One of the things that stands out is Robert's willingness to take on responsibilities with little or no formal public recognition. He has been someone who is committed to his service of others often in "behind the scenes" actions in which his is not the public face of something that is essential and yet every time that I requested this of Robert there was a ready willingness to respond and never was there a request as a *quid pro quo* even in public recognition for what he did.

Robert willingly and single-handedly reworked and rewrote the documents which enabled the Parish to have a workable Pastoral Council to help as the advisory body for me when I was Pastor. This work took approximately two years in his already very busy and hectic professional life and yet it was successfully completed with no pressure or demands made on me or anyone else in the parish.

At my request, and in order to get this off to a positive start, I requested that Robert take on the leadership of the Council so that its workings could be shown to be effective with the changes that were made.

Robert accepted this request and in watching him work in the leadership role, I again found that he preferred to enable others to come to the fore with their talents and their gifts rather than focus any "power" for himself. In this capacity he showed himself to be not only a talented leader but also someone who was able to elicit others' talents and then help coordinate them so that they worked as an integrated whole for the benefit of the Parish.

In both the generous and selfless manner in which Robert took on and completed this project for the parish, I found the model in which he took on any task that I asked of him. To me, this reflected not only the quality of the man but the integrity which guides his life on all levels.

Gregory R. Salomone, OP