HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 4 2008

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR 07-230-01 |
| | : | |
| vs. | : | . |
| | : | |
| Fromm, Robert | : | Disclosure Date: November 21, 2007 |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

    ( ✓ )   There are no material/factual inaccuracies therein.

    (  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Howard R. [signature]_          _11/26/07_

**Prosecuting Attorney**                        **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

    (  )   There are no material/factual inaccuracies therein.

    (  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| | | | |
|---|---|---|---|
| **Defendant** | **Date** | **Defense Counsel** | **Date** |

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 5, 2007**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Gennine A. Hagar, Chief
        United States Probation Officer