Case 1:07-cr-00230-RMU    Document 18    Filed 01/14/2008    Page 1 of 1

11/07/2007 16:34 7036834707 PAGE 03/03
11/20/2007 14:16 7036834707 H01
11/21/2007 WED 13:48 FAX 2022730248 PAGE 18/19
@017/018

HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : Docket No.: CR 07-230-01
:
vs. :
:
Fromm, Robert :
: Disclosure Date: November 21, 2007

**FILED**

**JAN 14 2008**

Clerk, U.S. District and
Bankruptcy Courts

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
Prosecuting Attorney                   Date

### For the Defendant

(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Robert Fromm_ 27 Nov 2007          _signature_ 11-27-07
Defendant             Date              Defense Counsel      Date

DAVID A. HIRSCH, Pro Hac Vice Counsel for Defendant

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 5, 2007**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1432**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
    United States Probation Officer